UNITED STATES EXP. CO. v. HUBER. (Circuit Court of Appeals, Seventh Circuit. January 13, 1898.) No. 460. Appeal from the Circuit Court of the United States for the Western District of Wisconsin. F. C. Winckler, James G. Flanders, and W. W. Evans, for United States Express Co. T. F. Frawley and V. W. James, for Henry Huber. Dismissed on motion of plaintiff in error.

---

VILLAGE OF OQUAWKA v. PORTSMOUTH SAV. BANK. (Circuit Court of Appeals, Seventh Circuit. January 3, 1898.) No. 363. In Error to the Circuit Court of the United States, for the Southern Division of the Northern District of Illinois. I. M. Kirkpatrick and E. G. Alexander, for plaintiff in error. A. W. Martin, for defendant in error. Before WOODS, JENKINS, and SHOWALTER, Circuit Judges.

PER CURIAM. On the authority of the decision in Village of Oquawka v. Graves, 82 Fed. 568, the judgment in this case is reversed, and the cause remanded, with the direction that judgment be entered for the plaintiff in error.

---

WEST CHICAGO ST. RY. CO. v. ELLSWORTH. (Circuit Court of Appeals, Seventh Circuit. January 13, 1897.) No. 358. In Error to the Circuit Court of the United States for the Northern District of Illinois. John A. Rose and Egbert Jamison, for plaintiff in error. Elmer E. Beach, for defendant in error. Dismissed, on consent of counsel, pursuant to the twentieth rule. See 77 Fed. 664.